Louis Spolter, Appellant, and Samuel Moverman, Plaintiff, v. Isidore Weinbaum, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

Claribel F. Staehr, Respondent, v. Walter C. Staehr, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

Mabel E. Williams, Respondent, v. Tri-State Discount Company, Inc., Appellant, and Howard Kissling and John Becker, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

Edward Aluisio, Respondent, v. Yonkers Railroad Company, Appellant.— Judgment of the City Court of Yonkers reversed on the law and the facts and a new trial ordered, costs to appellant to abide the event. There being confusion in the record as to what lights plaintiff observed or failed to observe, we think there should be a new trial. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

J. Laura J. Starke Belknap, Appellant, v. The Village of Croton-on-Hudson and Its Trustees, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

City Masons Supply Co., Inc., Appellant, v. Zinbar Realty Co., Inc., and Fidelity and Deposit Company of Maryland, Respondents, Impleaded with Others, Defendants.— Judgment in so far as it dismisses the complaint as to plaintiff's second cause of action unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

William A. T. Clark, Appellant, v. The Village of Croton-on-Hudson and Its Trustees, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

Barney Cohen Realty Company, Inc., a Domestic Corporation, Respondent, v. Antonio Cagino and Rosina Cagino, Appellants; Nene Vavaro, Defendant. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

Michael A. Cullen, Respondent, v. Arthur Kursman and Morris Frank, Appellants.— Order denying defendants' motion for judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

Alice Davis, Appellant, v. The Village of Croton-on-Hudson and Its Trustees, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

Harry Dimin, Respondent, v. Terrestor Realty Co., Inc., and Others, Defendants, Impleaded with Harry Bram, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.